## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 471 EAL 2016
                               :
               Respondent  :
                               :  Petition for Allowance of Appeal from
                               :  the Order of the Superior Court
        v.                   :
                               :
                               :
                               :
WARREN MILLER,                 :
                               :
               Petitioner  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.